**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**OWEN WATSON** **PETITIONER**
**ADC #112913**

**v.** **Case No: 4:24-cv-00986-LPR**

**DEXTER PAYNE** **RESPONDENT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 19) as well as the parties' supplemental briefing (Docs. 27 & 40). After a *de novo* review of the RD, along with careful consideration of the supplemental briefing and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice. No certificate of appealability shall issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 27th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE