**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**OWEN WATSON** **PETITIONER**
**ADC #112913**

**v.** **Case No: 4:24-cv-00986-LPR**

**DEXTER PAYNE** **RESPONDENT**

**JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. No certificate of appealability shall issue.

IT IS SO ADJUDGED this 27th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE